# MINUTES

CASE NUMBER:          1:22-cr-00055-JAO-1

CASE NAME:            United States of America v. (1) Alan Scott Rudo

ATTYS FOR PLA:        Mohammad Khatib*

ATTYS FOR DEFT:       Gary Singh*

U.S. Probation Officer:   Erin Patrick

---

JUDGE:    Rom Trader          REPORTER:    FTR - Courtroom 5

DATE:    07/18/2022           TIME:        1:27 - 2:28 p.m.

---

COURT ACTION:  EP: INITIAL APPEARANCE, WAIVER OF INDICTMENT and ARRAIGNMENT AND PLEA TO THE FELONY INFORMATION as to DEFENDANT (1) ALAN SCOTT RUDO held.

Defendant present and not in custody.

Defendant sworn, questioned by the Court.

Consent to Plea Before Magistrate Judge:

Defendant advised and waived right to enter guilty plea before District Judge.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Court finds Defendant's waiver and consent to be intelligently, knowingly and voluntarily made.

Waiver of Indictment:

Defendant advised and waived right to grand jury indictment. Waiver of Indictment signatures verified, approved and filed.  Court finds Defendant's waiver of indictment to be intelligently, knowingly and voluntarily made.

Court verified Defendant's receipt and review of the Felony Information.  Defendant

acknowledged understanding charges.

Felony Plea:

Memorandum of Plea Agreement signatures verified and filed.  AUSA summarizes material terms of the plea agreement, essential elements of each offense, factual basis, maximum penalties and waiver of Defendant's right to appeal and collaterally attack the sentence except for the limited circumstances detailed in the plea agreement.  Defendant's counsel and Defendant concur.  Defendant advised and waived constitutional rights. Defendant admits to sufficient factual basis to support his plea.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of GUILTY to Count 1 of the Felony Information entered by the Defendant.

Court finds and recommends that the District Judge accept the Defendant's guilty plea and impose sentence.

Report and Recommendation signed, objections to recommendation are waived unless they are filed within 14 days.  Pre-Sentence report ordered from U.S. Probation Office.

SENTENCING as to Count 1 of the Felony Information set for **October 31, 2022 at 2:15 p.m.** in 'Aha Nonoi before District Judge Jill A. Otake.

Detention:

Government confirms no motion to detain was filed and agrees with recommendation of Pretrial Services.

Court adopts the recommendation of Pretrial Services and orders defendant released on an unsecured bond in the amount of **$50,000.00** with the following conditions:

•        (7b) Comply with pretrial services supervision and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

•        (7c) Maintain or actively seek employment, as directed by Pretrial Services.

•        (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office.  Do not apply for/obtain a passport.  If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes.  If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless

otherwise directed by the Court.  Surrender no later than: **July 25, 2022**.

• (7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

• (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

• (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.  **Ammunition to be removed from the home no later than: July 25, 2022.**

• (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

• (7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.  Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.
•
(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

• (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

• (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

• (9a) In conjunction with the Ho`okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

In addition to the Special Conditions of Release as specified above, Defendant is subject to the following conditions:

•Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

•Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

•Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The Court reviewed the above release conditions with Defendant.  Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending sentencing.  Defendant acknowledged understanding the foregoing release conditions, his obligation to comply and the consequences of violating any conditions of release.

These minutes will serve as the conditions of bond.

Defendant to be released forthwith on conditions of pretrial release as provided above.

*Submitted by: Lian Abernathy, Courtroom Manager*